# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NexGen HBM, Inc. & Home Buyers Marketing, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> ListReports, Inc., a California corporation, Ajay Shah, Randy Shiozaki, and Esther Yang, <br><br> Defendants. | **Civil No. 0:16-cv-03143-SRN-FLN** <br><br> **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

    I hereby certify that on October 17, 2016, I caused the Proposed Order on Stipulation Regarding Defendant ListReports, Inc.'s Opposition to Plaintiffs' Emergency Motion for Leave to Conduct Discovery [Dkt. 9] to be filed with the court via email to the following judge who is considering the motion:

Honorable Franklin L. Noel
noel_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

Michael M. Lafeber (#242871)
Scott M. Flaherty (#388354)
MLafeber@briggs.com
SFlaherty@briggs.com
BRIGGS AND MORGAN, P.A.

2

| | |
|---|---|
| October 17, 2016 | **FAEGRE BAKER DANIELS LLP** |
| | |
| |   s/Randall E. Kahnke            |
| | Randall E. Kahnke (#202745) |
| | Matthew B. Kilby (#335083) |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| | (612) 766-7000 |
| | Randall.Kahnke@Faegrebd.com |
| | Matthew.Kilby@Faegrebd.com |
| | |
| | ***ATTORNEYS FOR LISTREPORTS, INC.*** |

US.108598692.01